JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BRIAN R. COMERFORD,                )    Case No. 2:24-cv-07815-SP
                                   )
                    Plaintiff,     )
                                   )
          v.                       )    **JUDGMENT**
                                   )
FRANK BISIGNANO,                   )
Commissioner of Social Security    )
Administration,                    )
                                   )
                    Defendant.     )
                                   )
_____   )

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter is REMANDED, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: May 8, 2026

_____
SHERI PYM
United States Magistrate Judge

1